UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Armand A. Acciari, Jr., Civil No. 00-18 JMR/FLN

Plaintiff,

v. PRETRIAL SCHEDULE

Burlington Northern and Santa Fe Railway Company,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

a. All motions which seek to amend the pleadings or add parties must be served by June 1, 2000.

b. All discovery shall be commenced in time to be completed by January 1, 2001.

c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before April 15, 2000.

d. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

e. No more than 75 Requests for Admission shall be served by any party.

f. No more than 25 Document Requests shall be served by



FILED MAR 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD___
DEPUTY CLERK___

any party.

g. No more than 10 depositions shall be taken by any party.

h. No more than two Rule 35 medical examinations shall be taken and shall be completed on or before January 1, 2001.

i. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by February 1, 2001. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before October 1, 2000.

2) By Defendant(s) on or before January 1, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before October 1, 2000.

2) By defendant(s) on or before January 1, 2001.

c. Each party may depose no more than 3 expert witnesses on or before February 1, 2001.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

   a. All dispositive motions shall be filed and scheduled for hearing prior to April 1, 2001.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

   a. This case shall be ready for trial on and after June 1, 2001, at which time it will be placed on the court's jury trial calendar.

   b. Trial is estimated to last 5 trial days.

DATED: March 8, 2000.

[signature]
FRANKLIN L. NOEL
Chief Magistrate Judge