RECEIVED
MAR 07 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARMAND A. ACCIARI, JR.,

Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation,

Defendant.

ORDER TO
**STIPULATION TO AMEND COMPLAINT**

Judge James M. Rosenbaum
Magistrate Judge Franklin L. Noel

Case No. 00-CV-18 JMR/FLN

IT IS HEREBY SITPULATED AND AGREED, by and among the parties through their undersigned respective counsel:

1. The Complaint of Plaintiff Armand A. Acciari, Jr. herein may be amended as set forth in the attached First Amended Complaint.

Dated: 3/1/00

SPENCE, RICKE & THURMER

By____________________
Rodney A. Honkanen, #46929
Attorneys for Defendant
325 Cedar Street, Suite 600
St. Paul, MN 55101
(651) 223-8000

MAR 09 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Dated:

LAW OFFICE OF WAYNE RICE

By ______________________

Wayne J. Rice (227110)
1769 Lexington Avenue North
PMB 331
Roseville, MN 55113
(651) 917-9056

f:\shared_docs\acciari\pldg\stip.doc \kl

3/9/00