STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARMAND A. ACCIARI, JR.,

Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation,

Defendant.

Court File No. 00-CV-18 JMR/FLN

**STIPULATION TO EXTEND THE TIME TO RESPOND TO DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned respective counsel:

1. Pursuant to Federal Rules of Civil Procedure 29, 33(b)(3), 34(b) and 36(a), the parties hereby agree and stipulate that each is granted a two (2) week extension to answer and respond to all discovery served to date, including, but not limited to, Interrogatories, Requests for Production of Documents, Requests for Admissions and Requests for Statements.

2. As such, defendant's answers and responses are now due on June 19, 2000, and plaintiff's answers and responses are now due on June 21, 2000.

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 5/30/00

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By______________________________
Rodney A. Honkanen
Atty. Reg. No. 46929
Attorney for Defendant The Burlington Northern and Santa Fe Railway Company
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
(651) 223-8000

Dated:

LAW OFFICE OF WAYNE J. RICE

By______________________________
Wayne J. Rice
Atty. Reg. No. 227110
Attorneys for Plaintiff
1769 Lexington Avenue North
PMB 331
Roseville, MN 55113
(651) 917-9056

f:\shared_docs\acciari\pldg\stiptoexttime.doc\llb

Dated: 5/30/00

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By____________________________

Rodney A. Honkanen
Atty. Reg. No. 46929
Attorney for Defendant The Burlington Northern and Santa Fe Railway Company
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
(651) 223-8000

Dated:

LAW OFFICE OF WAYNE J. RICE

By____________________________

Wayne J. Rice
Atty. Reg. No. 227110
Attorneys for Plaintiff
1769 Lexington Avenue North
PMB 331
Roseville, MN 55113
(651) 917-9056

f:\shared_docs\acciari\pldg\stiptocxttime.doc\llb

So ORDERED: