UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ARMAND A. ACCIARI, JR.,

Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation,

Defendant.

Court File No. 00-CV-18 JMR/FLN

**MOTION, STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

---

Plaintiff Armand A. Acciari, Jr. and Defendant The Burlington Northern and Santa Fe Railway Company, upon their mutual stipulation, jointly move the Court to amend the Scheduling Order entered by Chief Magistrate Judge Franklin L. Noel, on March 8, 2000, in this matter, by extending the remaining dates therein by sixty (60) days.

This matter involves claims of disability discrimination under the Americans with Disabilities Act and the Minnesota Human Rights Act, as well as age claims and an intentional infliction of emotional distress claim. Defendant's initial discovery in this matter requested plaintiff to execute a release and submit it to the Railroad Retirement Board for release of all of his records, including all medical records in their possession. Pursuant to federal law, and due to privacy concerns, the Railroad Retirement Board will not release the information directly to an employer. Plaintiff has received disablility benefits from the Railroad Retirement Board since 1975.

NOV 21 2000
FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Plaintiff responded to defendant's discovery by indicating he had already requested the records of the Railroad Retirement Board. Defendant has periodically checked with plaintiff to see whether the records had been received. Late last week, plaintiff discovered that in fact, through innocent oversight, the authorization had never been submitted to the Railroad Retirement Board. Plaintiff has provided defendant with proof that the information has now been requested pursuant to plaintiff's submission of the authorization on November 13, 2000.

Based upon defendant's previous experience with the Railroad Retirement Board, it is likely to take up to sixty days for the Railroad Retirement Board to forward the information. The records are critical to this case, and it is necessary for defendant to be able to review the same before plaintiff's deposition can be fully taken, and before other case matters are undertaken. As such, the parties request the additional sixty (60) days so that defendant is not prejudiced herein.

Therefore, the parties request that the involved dates be rescheduled as follows:

| | Present Schedule | New Schedule |
|---|---|---|
| Discovery Completed by | 01/01/01 | 03/01/01 |
| Rule 35 Medical Exams Completed | 01/01/01 | 03/01/01 |
| Nondispositive Motion Served By | 02/01/01 | 04/01/01 |
| Defendant's Expert Disclosure | 01/01/01 | 03/01/01 |
| Deposition of Experts Completed | 02/01/01 | 04/01/01 |
| Dispositive Motions Filed & Scheduled | 04/01/01 | 06/01/01 |
| Trial Ready | 06/01/01 | 08/01/01 |

If the Court feels that a hearing on this motion is required, the parties request that the hearing be scheduled by telephone conference.

Dated: 11/15/2000

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By______________________________

Rodney A. Honkanen, #46929
Attorney for Defendant The Burlington Northern and Santa Fe Railway Company
325 Cedar Street, Suite 600
St. Paul, Minnesota 55101
(651) 223-8000

Dated:

LAW OFFICE OF WAYNE J. RICE

By______________________________

Wayne J. Rice, #227110
Attorneys for Plaintiff
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 879-0050

ORDER

The Court having considered the foregoing motion to amend the Scheduling Order and the stipulation thereto by and between the parties; IT IS HEREBY ORDERED:

1. The motion be granted and the dates be rescheduled as set forth in the above stipulation.

Dated this 17th day of November, 2000

BY THE COURT:

______________________________

Franklin L. Noel
United States Chief Magistrate Judge

f:\shared_docs\acciari\pldg\stipextend2.doc \kl

If the Court feels that a hearing on this motion is required, the parties request that the hearing be scheduled by telephone conference.

Dated: 11/15/2000

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Rodney A. Honkanen, #41929
Attorney for Defendant The Burlington Northern and Santa Fe Railway Company
325 Cedar Street, Suite 600
St. Paul, Minnesota 55101
(651) 223-8000

Dated: November 15, 2000

LAW OFFICE OF WAYNE J. RICE

By ______________________
Wayne J. Rice, #227110
Attorneys for Plaintiff
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 879-0050

ORDER

The Court having considered the foregoing motion to amend the Scheduling Order and the stipulation thereto by and between the parties; IT IS HEREBY ORDERED:

1. The motion be granted and the dates be rescheduled as set forth in the above stipulation.

Dated this __ day of ____________

BY THE COURT:

______________________
Franklin L. Noel
United States Chief Magistrate Judge

f:\shared_docs\acciari\pldg\stipoxtend2.doc \kl