UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-18

| | | |
|---|---|---|
| Armand A. Acciari, Jr. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Burlington Northern and | ) | |
| Santa Fe Railway Company | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: February 21st, 2001

JAMES M. ROSENBAUM
United States District Judge

FEB 22 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK